IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| Nadeyah Jones, individually, and on behalf of others similarly situated, | Case No. 3:23-cv-01071-VAB |
| Plaintiff, | **JOINT UPDATED SETTLEMENT PROPOSAL** |
| vs. | |
| CareCentrix, Inc., | |
| Defendant. | |

Pursuant to the Court's June 27, 2025 Order (ECF No. 79), Plaintiff Nadeyah Jones, individually, and on behalf of others similarly situated ("Plaintiff"), and Defendant CareCentrix, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Updated Settlement Proposal.

On May 23, 2025, Plaintiff submitted the Unopposed Motion for Approval of FLSA Settlement (the "Motion"), as required by the Fair Labor Standards Act ("FLSA"). (ECF No. 78.) On June 27, 2025, the Court denied the Motion, without prejudice to renewal, and provided the parties until July 11, 2025 to submit an updated settlement proposal consistent with the Court's determination as to the scope of the release of claims by Nadeyah Jones, Josephine Fulce, Tamisha McKinnon, and Shaiteryia Roberts included in the Settlement Agreement and Release. (*Id.* at 1.)

The parties have reached an agreement regarding revisions to the scope of the release provision set forth in Section H(2) of the Settlement Agreement and Release, which is now limited to wage and hour claims, commensurate with the Court's June 27, 2025 Order. The parties are attaching as **Exhibit A** a redline version of the Settlement Agreement and Release, showing the revisions to the Settlement Agreement and Release in redline, and are attaching as **Exhibit B** a clean version of the Settlement Agreement and Release. Upon the parties' execution of this revised

version of the Settlement Agreement and Release, the parties will promptly submit the executed version to the Court.

Accordingly, the parties respectfully request that the Court enter an order approving the revised Settlement Agreement, granting Plaintiff's Motion, and dismissing this action with prejudice and without further costs or fees to any party.

Respectfully Submitted,

| | |
|---|---|
| */s/ Kevin J. Stoops* | */s/ Giles M. Schanen, Jr.* |
| Kevin J. Stoops | Lane W. Davis (admitted pro hac vice) |
| Alana A. Karbal | LDavis@maynardnexsen.com |
| SOMMERS SCHWARTZ, P.C. | Giles M. Schanen, Jr. (admitted pro hac vice) |
| One Towne Square, 17th Floor | GSchanen@maynardnexsen.com |
| Southfield, Michigan 48076 | David C. Dill (admitted pro hac vice) |
| Telephone: 248-355-0300 | DDill@maynardnexsen.com |
| kstoops@sommerspc.com | Elizabeth C. Edmondson |
| akarbal@sommerspc.com | (admitted pro hac vice) |
| | EEdmondson@maynardnexsen.com |
| Jeffrey S. Morneau | 104 South Main Street, Suite 900 |
| CONNOR & MORNEAU, LLP | Greenville, South Carolina 29601 |
| 273 State Street #2 | Telephone: 864-282-2211 |
| Springfield, MA 01103 | Telecopy: 864-282-1177 |
| Telephone: 413-455-1730 | |
| jmorneau@cmolawyers.com | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| *Attorneys for Plaintiff and the Putative Collective Members* | James S. Rollins (ct05795) |
| | james.rollins@nelsonmullins.com |
| | One Financial Center, Suite 3500 |
| | Boston, Massachusetts 02111 |
| | Telephone: 617-217-4722 |
| | Telecopy: 617.217-4710 |
| | |
| | *Attorneys for Defendant CareCentrix, Inc.* |
| July 11, 2025 | July 11, 2025 |