## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| **NADEYAH JONES**, individually, and on behalf of others similarly situated, | Case No. 3:23-cv-01071-VAB |
| Plaintiff, | Hon. Victor A. Bolden |
| v. | Mag. Robert A. Richardson |
| **CARECENTRIX INC.**, a corporation, | |
| Defendant. | |

### SUPPLEMENTAL EXHIBIT IN SUPPORT OF JOINT UPDATED SETTLEMENT PROPOSAL (ECF NO. 80)

NOW COMES Plaintiff Nadeyah Jones ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her attorneys, Sommers Schwartz P.C. and Connor & Morneau, LLP, and hereby supplements the Joint Updated Settlement Proposal (ECF No. 80) with the attached **Exhibit B** (the Parties Fully Executed Modified Settlement Agreement).

Dated: July 16, 2025          Respectfully submitted,

*/s/ Kevin J. Stoops*_____
Kevin J. Stoops (admitted *Pro Hac Vice*)
Alana A. Karbal (admitted *Pro Hac Vice*)
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, 17th Floor
Southfield, MI 48076
Tel: (248) 355-0300
kstoops@sommerspc.com
akarbal@sommerspc.com

Jeffrey S. Morneau
**CONNOR & MORNEAU, LLP**
273 State Street #2
Springfield, MA 01103
Tel: (413) 455-1730
jmorneau@cmolawyers.com

1

*Attorneys for Plaintiff and the*
*Putative Collective/Class Members*

## CERTIFICATE OF SERVICE

I certify that on July 16, 2025, I electronically filed the forgoing document with the Clerk

of the Court using the CM/ECF system, which will send notification of such filings to all counsel

of record.

*/s/ Kevin J. Stoops*_____
Kevin J. Stoops (admitted *Pro Hac Vice*)
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, 17th Floor
Southfield, MI 48076
Tel: (248) 355-0300
kstoops@sommerspc.com